# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Howard Dotson**

Plaintiff(s),

vs.

Case No.  23-CV-1741 (JWB/ECW)
(To be assigned by Clerk of District Court)

**Harding Smith**

DEMAND FOR JURY TRIAL

YES ☑    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

RECEIVED

JUN 0 9 2023

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COMPLAINT

PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

    | | |
    |---|---|
    | Name | **Howard Dotson** |
    | Street Address | **5960 Anna Ave # 103** |
    | County, City | **Anoka Fridley** |
    | State & Zip Code | **MN 55432** |
    | Telephone Number | **(763) 600-9078** |

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

    a.  Defendant No. 1

| | |
|---|---|
| Name | **Harding Smith** |
| Street Address | **3978 W Broadway Ave** |
| County, City | **Hennepin Robbinsdale** |
| State & Zip Code | **MN 55422** |

    b.  Defendant No. 2

Name

Street Address

County, City

State & Zip Code

    c.  Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question          ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

**Violation of Constutionally protected 1st Ammendment rights**

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                          State of Citizenship:

Defendant No. 1:                        State of Citizenship:

Defendant No. 2:                        State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota? *(check all that apply)*

☐ Defendant(s) reside in Minnesota   ☑ Facts alleged below primarily occurred in Minnesota

☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.

**On Sunday May 30th at Elim Lutheran Church in Robbinsdale we were gathered at the church location with the expressed permssion of Pastor Dan of Elim Lutheran Church for a demonstration against Harding Smith and MN Acts Now which offices at this location.**
**We coordinated with Robbinsdale PD for protected 1st Ammendment activity.**
**Harding Smith called Robbinsdale PD and made a false report about us being banned from the church property. This resulted in Robbinsdale PD responding to scene and directing us to move to a location that was contrary to where Pastor Dan asked us to be on the church grounds.**
**Harding Smith fraudalent activitiy infringed on our protected 1st Ammendment rights. He commited slander that resulted damage to personal and professional reputation.**


**As evidence we will desposing Pastor Dan, the officers who responded to the scene and submitting as evidence the CAD log from Robbinsdale PD.**


**On May June 1 Harding Smith attempted the same actions at Brooklyn Park City Council meeting. I had already coordinated with the Brooklyn Park Police Chief about our 1st ammendment**


**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**


REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**We are demanding legal remedy of 1 Million for 1st Ammendemt enfringement, emotional distress and slander that resulted in damage to my personal and professional reputation.**

Signed this **9th**  ▾ day of **June,**  ▾ ____

Signature of Plaintiff _____

Mailing Address    **5960 Anna Ave #103**
**Fridley MN**


Telephone Number    **(763) 600-9078**


<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and
provide his/her mailing address and telephone number.  Attach additional sheets of paper as
necessary.